UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ORLANDO MARION,

    Plaintiff,

                                                  Case No. 12-12467
v.                                           Honorable Denise Page Hood

DETROIT POLICE OFFICER INMAN,
DETROIT POLICE OFFICER WILLIAMS,
DETROIT POLICE OFFICER McKEE, and
CITY OF DETROIT,

    Defendants.
_____/

## ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE

On July 18, 2013, the City of Detroit filed a voluntary petition for protection under Chapter 9 of the Bankruptcy Code. On July 25, 2013, Judge Steven Rhodes entered an order confirming the automatic stay of all proceedings against the City imposed under section 922 of the Bankruptcy Code upon the filing of the petition. *In re City of Detroit, Michigan*, No. 13-53846 [#167] (Bankr. E.D. Mich. July 25, 2013). The stay applies to "judicial, administrative, or other action[s] or proceeding[s] against an officer or inhabitant of the City, including the issuance or employment of process, that seeks to enforce a claim against the City." *Id.* at 3.

Accordingly,

**IT IS ORDERED** that this action is **STAYED** pursuant to 11 U.S.C. § 362(a) and the action is **CLOSED** for administrative and statistical purposes. This closing does not constitute a decision on the merits. The action may be reopened after a party provides the Court with notice that the bankruptcy stay has been lifted.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (# 33) is MOOT and may be renewed after the bankruptcy stay has been lifted. The hearing set for the motion and all other upcoming dates are CANCELED.

S/Denise Page Hood
Denise Page Hood
United States District Judge

Dated: August 12, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 12, 2013, by electronic and/or ordinary mail.

S/LaShawn R. Saulsberry
Case Manager